1  GEORGE S. CARDONA
   Acting United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JERROB DUFFY
4  Senior Trial Attorney
   JONATHAN T. BAUM
5  Trial Attorney
   Fraud Section, Criminal Division
6  United States Department of Justice
        1100 United States Courthouse
7       312 North Spring Street
        Los Angeles, California  90012
8       Telephone:  (213) 894-6495
        Telephone:  (202) 262-7201
9       Facsimile:  (213) 894-2387
        E-mail:  jerrob.duffy@usdoj.gov
10               jonathan.baum@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                 UNITED STATES DISTRICT COURT
13
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                      WESTERN DIVISION
15

16 UNITED STATES OF AMERICA,        )  Case No. CR 09-978(A)-JFW
                                    )
17           Plaintiff,             )  STATUS OF THE CASE
                                    )
18           v.                     )  Trial Date: February 23, 2010
                                    )  Trial Time: 8:30 a.m.
19 MARIA NELA MORENO,               )
                                    )
20           Defendant.             )
                                    )
21 _____)

22      Plaintiff United States of America, by and through its

23 attorney of record, the United States Attorney for the Central

24 District of California, respectfully notifies this Court of the

25 filing of a first superseding indictment in the above-referenced

26 case.

27      This status is based upon the first superseding indictment,

28 a courtesy copy of which is attached as Exhibit A, the attached

Memorandum of Points and Authorities, the declaration of Jonathan T. Baum, and the files and records in this case.

DATED: February 12, 2010

                              Respectfully submitted,

                              GEORGE C. CARDONA
                              Acting United States Attorney

                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                                   /s/
                              _____
                              JONATHAN T. BAUM
                              Trial Attorney, Fraud Section
                              United States Department of Justice

                              Attorneys for Plaintiff
                              United States of America

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Defendants Ajibola Sadiqr ("Sadqir") and Maria Nela Moreno ("Moreno") (collectively, "defendants") are charged with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349; and health care fraud, in violation of 18 U.S.C. §§ 1347 and 2(b).  On January 27, 2010, Sadiqr pleaded guilty to count one of the indictment, and is scheduled for sentencing on April 12, 2010.  Currently, Moreno is scheduled for trial on February 23, 2010.

On February 12, 2010, a federal grand jury returned a first superseding indictment in this case.  The first superseding indictment is identical to the initial indictment except that it corrects the claim submission dates alleged in counts five and six from October 14, 2008, to January 28, 2008.  (Declaration ("Decl.") of Jonathan Baum, ¶ 3(a);  Exhibit A.)  The first superseding indictment also contains minor stylistic changes to the caption of the indictment and paragraphs 3, 9, and 17(a).  (Baum Decal., ¶ 3b.)  As the first superseding indictment is nearly identical to the initial indictment, the United States submits that the filing of the first superseding indictment does not require a continuation of defendant Moreno's February 23, 2010, trial date.  <u>See</u> <u>United States v. Rojas-Contreras</u>, 474 U.S. 231, 233, 236-37 (1985) (Speedy Trial Act "does not require that the 30-day trial preparation period be restarted upon the filing of a superseding indictment"; defendant was not prejudiced by superseding indictment filed four days before trial which

3

1  corrected date of defendant's prior conviction to December 7 from

2  December 17); United States v. Flores-Sanchez, 477 F.3d 1089,

3  1091-92 (9th Cir. 2007) (commencement of defendant's trial one

4  day after arraignment on superseding indictment did not violate

5  defendant's Speedy Trial rights); United States v. Wallace, 800

6  F.2d 1509 (9th Cir. 1986) ("The Speedy Trial Act . . . does not

7  require that the 30-day trial preparation period begin anew up

8  the filing of a substantially similar superseding indictment.")

9                                           Respectfully submitted,

10                                           GEORGE C. CARDONA
                                         Acting United States Attorney

11

12                                           CHRISTINE C. EWELL
                                         Assistant United States Attorney
                                       Chief, Criminal Division

13

14                                             /s/

15                                           JONATHAN T. BAUM
                                       Trial Attorney, Fraud Section
                                       United States Department of Justice

16

17                                           Attorneys for Plaintiff
                                       United States of America

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF JONATHAN T. BAUM</u>

I, Jonathan T. Baum, declare as follows:

1.   I am a Trial Attorney with the United States Department of Justice, and I am assigned to the prosecution of <u>United States v. Maria Nela Moreno</u>, CR 09-978(A)-JFW.

2.   On February 12, 2010, a federal grand jury returned a first superseding indictment in the above-referenced case, a courtesy copy of which is attached as Exhibit A.

3.   The United States sought the first superseding indictment for the following reasons:

a.   To correct the claim submission dates in counts five and six from October 14, 2008, to January 28, 2008.

b.   The United States also made minor stylistic changes to the caption of the indictment, and paragraphs 3, 9, and 17(a).   Other than these changes, the first superseding indictment is identical to the initial indictment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration is executed in Los Angeles, California, this 12th day of February 2010.


_____/s/_____
JONATHAN T. BAUM


1